IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**GLORIA HASKINS, Individually and as**                               **PLAINTIFFS**
**Parent and Natural Guardian of Bailey**
**Loucks, a Minor,** *et al.*

vs.                      No. 1:10-CV-00007-WRW

**YAMAHA MOTOR MANUFACTURING**                             **DEFENDANTS**
**CORPORATION of AMERICA,** *et al.*

### ORDER

Pending is Defendants' unopposed Motion to Stay Proceedings Pending the MDL Panel's Decision Regarding Transfer (Doc. No. 9).

This is a products liability action involving the Rhino, a four-wheel off-road vehicle. Defendants intend to notify the Judicial Panel on Multidistrict Litigation that this case should be transferred to the Rhino multidistrict litigation proceeding (MDL No. 2016) pending in the United States District Court for the Western District of Kentucky.

The Motion to Stay Proceedings is GRANTED. The stay is only in effect until the MDL panel issues its resolution. Accordingly, all proceedings in this Court are stayed until the Judicial Panel on Multidistrict Litigation makes its final determination as to whether this case is to be transferred to the ongoing MDL proceeding.

IT IS SO ORDERED THIS 16th day of February, 2010.

                                                                 /s/ Wm. R. Wilson, Jr. _____
                                                                 UNITED STATES DISTRICT JUDGE