***United States District Court***
***Western District of Kentucky***
***Office of the Clerk***
***United States Courthouse***
***601 West Broadway, Room 106***
***Louisville, Kentucky  40202-2249***
***(502) 625-3500***

*Jeffrey A. Apperson*                                                              *Vanessa L. Armstrong*
 *Clerk of Court*                                                                     *Chief Deputy Clerk*

March 9, 2010

James W. McCormack, Clerk
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
402 U. S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR   72201-3325

In Re:   MDL 2016 - *In Re: YAMAHA MOTOR CORP. RHINO ATV PRODUCTS LIABILITY LITIGATION*

Dear Clerk of Court:

Attached is a certified copy of CTO 20  from the Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district:

**1:10-7    Gloria Haskins, etc. v. Yamaha Motor Corp., USA, et al**

Pursuant to this order the above-styled case must be transferred to the Western District of Kentucky at Louisville.   Please file the attached certified copy of the CTO in the affected case, and close the case.

***Please transmit the record of this case to the Western District of Kentucky at Louisville using the CM/ECF Case Transfer utility.***

If  you  have  any  questions,  please  fee  free  to  contact  me  by  email  to carolyn_s_debow@kywd.uscourts.gov or by telephone at 270-415-6406.

Sincerely,

s/ Carolyn DeBow, Deputy Clerk

Attachment:   Certified Copy of CTO No. 20